IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TOAN HOANG

          Plaintiff,

    v.

CBRE, INC.

          Defendant.

CIVIL ACTION

No.

JURY TRIAL DEMANDED

## **COMPLAINT**

Plaintiff Toan Hoang files this Complaint against Defendant CBRE, Inc., and in support

thereof avers as follows:

### **JURISDICTION AND VENUE**

1.      This Court has original jurisdiction over Counts I, II and III pursuant to 28 U. S.

C. §1331, in that these claims are based upon a law of the United States of America, Title VII of

the Civil Rights Act of 1964, 42 U. S. C. §2000e ("Title VII").

2.      Venue is appropriate in this Court pursuant to 28 U. S. C. §1392(b) in that

Defendant has ongoing business operations in this District and a substantial part of the events

giving rise to the claim occurred in this District.

3.      The amount in controversy exceeds $150,000.00, exclusive of interest

and costs.

4.      Plaintiff has complied with the applicable administrative remedies by first filing a

Charge with the Equal Employment Opportunity Commission ("EEOC") on January 25, 2021,

Charge no. 530-2021-01605, and simultaneously filing a Complaint with the Pennsylvania

Human Relations Commission ("PHRC"), (Case no. unknown).

5.      On September 27, 2021, the EEOC issued a Dismissal and Notices of Suit Rights permitting Plaintiff to file his Title VII claims in this action.

6.      Plaintiff intends to amend this Complaint and assert causes of action of race and national origin discrimination and retaliation in violation of the Pennsylvania Human Relations Act, 43 P. S. §955(a) ("PHRA"), upon receipt of applicable authority from the PHRC.

## PARTIES

7.      Plaintiff Toan Hoang ("Hoang") is adult male, who resides at 733 Hidden Valley Road, King of Prussia, PA 19046.

8.      Defendant CBRE, Inc. ("CBRE") is a Delaware corporation that maintains a principal place of business in the Commonwealth of Pennsylvania at 558 East Lancaster Avenue, Suite 120, Radnor, PA 19087.

9.      At all times, relevant hereto, CBRE was acting through its agents, servants and employees, who were acting within the scope of their authority in the course of their employment and under the direct control of CBRE.

## FACTUAL BACKGROUND

10.     Hoang is a native of Vietnam and is of Asian descent.

11.     On January 22, 2019, Hoang commenced employment with CBRE as a Field Support Technician in Conshohocken, PA, part of the CBRE Philadelphia Regional Office, as a contract employee, through Adept Solutions, Inc.

12.     As of September 3, 2019, Hoang was hired as a direct full-time CBRE employee.

13.     Hoang was continuously employed until CBRE terminated his employment on November 16, 2020.

14.     Hoang earned $33.00 per hour, plus a comprehensive employment benefits package.

15.    Hoang reported to Steve Small ("Small"), CBRE East Region Manager.

*__Hoang's Work Performance__*

16.    East Region Manager Small advised Hoang that the reason CBRE hired Hoang as a direct employee was due to Hoang's computer expertise and a number of rave written and verbal reviews that Small had received from Hoang's peers.

17.    Throughout Hoang's employment Hoang was praised by many CBRE employees to whom he provided IT support.

18.    During Hoang's employment Small never spoke to Hoang about poor customer service or work performance.

19.    Hoang did not receive any verbally warnings or write-ups during his employment.

20.    During weekly national call meetings, Hoang was complimented for  good work and customer support.

21.    Hoang was also selected to undertake an important CBRE project in New York based upon his job performance, at which time Small advised Hoang that only experienced and good Field Support Technicians are assigned to such projects because the project represented Small and his team.

22.    Throughout Hoang's employment, end users called Hoang directly because they liked Hoang's work and knew that he was knowledgeable.

23.    Hoang was one of the highest-ranking Field Support Technicians for closing tickets as compared to his peers.

*__The Inappropriate Racial Remarks to Which Hoang was Subjected__*
*__Throughout His Employment__*

24.    Throughout the course of Hoang's employment, he was exposed to inappropriate, insensitive racial comments as an Asian employee.

3

25.    Hoang advised Small that he had been subjected to repeated racially motivated comments by employees in the Conshohocken office.

26.    Comments about Hoang included one occasion when Hoang walked by the kitchen area, and he heard a group of people talking about why they hired Hoang when there were already two other Asians in an office.

27.    On another occasion, Erin Ford, Client Services Specialist, said to Hoang, "If you don't do what I say, I will tell Steve (Small) to get rid of your Asian ass."

28.    When Hoang advised East Region Manager Small about the comments, Small did nothing; and instead, Small said that he was harder on Hoang because, "You are Vietnamese, and Vietnamese are hard workers."

29.    On several occasions, Small also commented that Hoang, "should be lucky to be the only Asian in the Philadelphia Region to work at CBRE."

30.    On one occasion during a Skype chat Hoang's co-workers poked fun at Hoang; Hoang attempted to discuss the matter with Small, who refused to listen to what Hoang had to say.

31.    Hoang was initially afraid to take his complaints any further because he felt that his job was threatened as East Region Manager Small was aware of the comments which he did nothing to stop, and instead, participated in the racially derogatory comments.

32.    After Hoang became a direct CBRE employee, the Conshohocken office merged with CBRE's Radnor, PA office.

33.    When Hoang began working at the Radnor office, Hoang was again repeatedly exposed to inappropriate, incentive racial comments.

34.    For instance, in February 2020, Erica Kyler ("Kyler"), Executive Assistant to Adam Mullen, CBRE Market Leader for the Greater Philadelphia Region (who is responsible for overseeing over 400 CBRE employees), said to Hoang, "Great, another Asian in the Radnor office."

35.    One month later, in March 2020, Kyler said to Hoang, "I thought all Asians are skinny. What happened to you, Toan?"

36.    On another occasion, in March 2020, Michael Hines, CBRE Vice Chairman, said to Field Support Technician Lou Kusko, "Looks like you have a Chinaman working with you, Lou!"

37.    Also, in March 2020, Hoang was walking by a group of people in the Café area of the Radnor building, who commented, "Asians are the worst people, and they smell."

38.    Hoang was also subjected to many other similar derogatory racial comments.

39.    On Thursday, October 29, 2020, Kyler made a threatening comment to Hoang in an email; Hoang decided that he had no choice but to escalate the problem, as no one in management had addressed the situation.

40.    Hoang made a formal complaint to Lindsey Conejo ("Conejo") of CBRE's Human Resources Department that he had been repeatedly subjected to a racially hostile environment as an Asian employee.

41.    Conejo advised Hoang that Human Resources would look into the situation and that Hoang should let Small, his manager know about it.

42.    Shortly thereafter, Hoang sent an email to Small, who was out of the office until the following Monday, November 2, 2020.

43. Hoang was exposed to a racially hostile work environment throughout his employment with CBRE; even though management was aware of the situation, absolutely no action was taken.

44. Hoang never received a response of any kind whatsoever about his complaint to Human Resources.

45. Upon information and belief, CBRE made no effort to investigate Hoang's discrimination complaint until sometime in December 2020, and the investigation has confirmed that some inappropriate racial comments were made to Hoang during the course of his employment.

### *The Termination of Hoang's Employment*

46. On November 2, 2020, Hoang was advised to attend a Zoom meeting, which he assumed was to speak about the incident the prior week, and his discrimination complaint to Human Resources.

47. The sole purpose of the November 2, 2020 meeting, was to advise Hoang that he was being laid off, effective immediately.

48. As of November 2020, in addition to Hoang, there were four other Field Support Technicians in the Philadelphia Region, all of whom are Caucasian natives of the United States, and none of whom were part of the layoff: Lou Kusko, Rich Durfee, Stephanie Moulton, and Matt Kay-Conway, a contract employee.

49. The only Field Support Technician in the Philadelphia Region that CBRE chose to lay off was Hoang, the only Asian Field Support Technician in the Philadelphia Region.

50. Hoang was treated differently than similarly situated Caucasian employees who are natives of the United States.

51.     The decision to terminate Hoang was pretextual and based upon Hoang's race and national origin, and CBRE Radnor's management view of employees who are natives of Vietnam and of Asian descent in the workplace.

52.     The termination of Hoang also constitutes retaliation for Hoang's good faith informal and formal complaints that he was subjected to discrimination based upon his race and national origin.

53.     To the extent that the decision to lay off Hoang was made prior to his formal discrimination complaint to Human Resources, but not announced to Hoang until later, after becoming aware of Hoang's formal complaint CBRE made no effort of any kind to revisit the decision to layoff Hoang in order to determine if the decision was improper, pretextual, and motivated by Hoang's race and/or national origin.

54.     CBRE's actions were willful and outrageous in that its motives and conduct as set forth above was malicious, wanton, reckless and oppressive.

55.     CBRE's actions have caused Hoang considerable financial loss, emotional distress, embarrassment, humiliation, and loss of self-esteem.

## COUNT I

## VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

## 42 U.S.C. §2000(e), et seq.

## TERMINATION OF EMPLOYMENT

56.     Paragraphs 1 to 55 are incorporated herein as if set forth in full.

57.     Hoang is a member of protected classes.

58.     CBRE has engaged in unlawful employment practices by terminating Hoang's employment due to the fact that he is a native of Vietnam and is of Asian descent

7

59. CBRE's decision to terminate Hoang's employment was arbitrary and capricious, and based upon a discriminatory animus towards natives of Vietnam of Asian descent in the workplace.

60. CBRE's conduct is per se unlawful and constitutes unlawful discrimination in violation of Title VII, which forbids race and national origin discrimination.

WHEREFORE, Plaintiff Toan Hoang requests that this Court enter judgment in his favor, and against Defendant CBRE, Inc. and that this Court enter a declaratory judgment that Defendant's actions complained of herein, violate the enactments of the federal legislature; award Plaintiff damages exceeding $150,000.00, in the form of all compensation and monetary losses which he has been denied including back pay, compensatory damages, attorneys fees', expert witness fees, punitive damages, costs, and all other relief permitted under applicable law.

## COUNT II

### VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

### 42 U.S.C. §2000(e), et seq.

### HOSTILE WORK ENVIRONMENT

61. Paragraphs 1 through 60 are incorporated herein by reference as though set forth in full.

62. The actions of CBRE, through its agents, servants and employees, in subjecting Hoang to a hostile work environment based upon his race and national origin, constitute a violation of Title VII.

63. As a direct result of the aforesaid unlawful severe and/or pervasive harassment hostile work environment engaged in by CBRE in violation of Title VII, Hoang has sustained emotional distress, embarrassment, humiliation, and loss of self-esteem.

8

WHEREFORE, Plaintiff Toan Hoang requests that this Court enter judgment in his favor and against Defendant CBRE, Inc., and that this Court enter a declaratory judgment that Defendant's actions complained of herein, violate the enactments of the federal legislature, award Plaintiff damages exceeding $150,000.00, in the form of all compensation and monetary losses, which she has been denied, including back pay, pre-judgment interest; punitive damages; reasonable attorneys' fees, expert witness fees, costs, and any other relief which the court deems appropriate.

## COUNT III

### VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

### 42 U.S.C. §2000(e), et seq.

### RETALIATION

64.    Paragraphs 1 through 63 are incorporated herein by reference as though set forth in full.

65.    Hoang engaged in protected activity under Title VII when he complained to CBRE that he was being discriminated against due to his race and national origin.

66.    CBRE's decision to terminate Hoang's employment constitutes retaliation against Hoang for reporting conduct that he reasonably believed to be race and national origin discrimination.

67.    CBRE's actions towards Hoang were arbitrary and capricious, and based on a discriminatory animus towards employees who are natives of Vietnam of Asian descent in the workplace who complain about discrimination.

68.    CBRE's conduct is per se unlawful retaliation in violation of the Title VII.

WHEREFORE, Plaintiff Toan Hoang requests that this Court enter judgment in his favor

and against Defendant CBRE, Inc. and that this Court enter a declaratory judgment that

Defendant's actions complained of herein, violate and continue to violate the enactments of the

federal legislature, award Plaintiff damages exceeding $150,000.00, in the form of all

compensation and monetary losses, which he has been denied, including back pay, front pay;

pre-judgment interest; reinstatement, compensatory and liquidated damages; reasonable

attorneys' fees, expert witness fees, costs, and any other relief which the court deems appropriate.

/S/ Andrew S. Abramson, Esq.

_____

Andrew S. Abramson, Esq.
Abramson Employment Law, LLC
790 Penllyn Blue Bell Pike
Suite 205
Blue Bell, PA 19422
telephone: 267-470-4742
email: asa@aemploylaw.com

Dated: December 6, 2021                    Attorney for Plaintiff Toan Hoang

10